**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6822**

———————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

    versus

TIMOTHY ADAMS, a/k/a Rodney Clark, a/k/a
Smitt,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. N. Carlton Tilley, Jr., Chief District Judge. (CR-94-302, CA-97-1225-1)

———————

Submitted: September 20, 2001    Decided: September 27, 2001

———————

Before LUTTIG, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Timothy Adams, Appellant Pro Se. David Bernard Smith, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Adams appeals from the district court's order denying his motion filed under Fed. R. Civ. P. 52 (b), (c) seeking reconsideration of the denial of his Fed. R. Civ. P. 60(b) motion for reconsideration of the denial of his 28 U.S.C.A. § 2255 (West Supp. 2000) motion. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Adams, Nos. CR-94-302; CA-97-1225-1 (M.D.N.C. Apr. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED